# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01090-EWN-CBS

AIMEE GUT,

Plaintiff,

v.

PATRICIA ANDERSON,

Defendant.

## ORDER RE: STIPULATED MOTION TO DISMISS

Pursuant to the Stipulated Motion to Dismiss all claims by Aimee Gut in the above referenced action, it is therefore:

ORDERED, ADJUDGED and DECREED that the claims of Aimee Gut are dismissed without prejudice. Each party will bear its own costs and attorneys' fees.

DATED this 19th day of June, 2007.

BY THE COURT:

s/ Edward W. Nottingham
Chief United States District Judge